UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U and V FOOD CORPORATION,
a Florida corporation,

      Plaintiff,

v.

PHILIP MORRIS INCORPORATED,
a Virginia corporation,

      Defendant.
_____/

Case No. 99-8176-CIV-HURLEY
Magistrate Judge Lynch

## NOTICE OF DEPOSITION

TO:  Joseph Ianno, Esq.
      Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A.
      222 Lakeview Avenue
      Suite 1400
      West Palm Beach, FL 33401-6149

**PLEASE TAKE NOTICE** that at 9:00 a.m. on the 11th day of May, 2001, at the offices of Kirkland & Ellis, City Group Bldg., 39th Floor, 153 E. 53rd Street, New York, New York, (212) 446-4800 the Plaintiff, U and V Food Corporation. ("U and V"), in the above-entitled action will take the deposition by oral examination for purposes of discovery and/or for use as evidence in said cause, or both, of:

**John Clary**

Said deposition will take place before a Notary Public or any officer authorized to administer oaths by the laws of the State of New York, and a person who is neither a relative, nor employee, nor

attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition shall be taken pursuant to the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of this paper was served via U.S. Mail upon Joseph Ianno, Esq., Carlton, Fields, Ward, Emmanuel, Smith & Cutler, P.A., P. O. Box 150, 222 Lakeview Avenue, Suite 1400, West Palm Beach, FL 33401-6149, this 6th day of April, 2001.

GUNSTER, YOAKLEY & STEWART, P.A.
Phillips Point, East Tower
777 South Flagler Drive, Suite 500
West Palm Beach, FL 33401
(561) 650-0537

By: _____
G. JOSEPH CURLEY
Florida Bar No. 571873
jcurley@gunster.com
MICHAEL W. MARCIL
Florida Bar No.091723
mmarcil@gunster.com
GREGOR J. SCHWINGHAMMER, JR.
Florida Bar No. 090158
gschwinghammer@gunster.com

cc:   Esquire Depo Services (NY & Ft. Laud)